**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------X

POWER UP LENDING GROUP, LTD.

                                                DEMAND FOR TRIAL
                                                DE NOVO

GAWK INCORPORATED, et al.          18 Civ. 3943

--------------------------------X

       I, **Eric W. Berry** _____, counsel for **Gawk Incorporated** _____ hereby demand a trial <u>de novo</u> in the above captioned matter wherein an arbitration award was filed with the clerk on **03/28/2019** _____.

       I have deposited with the Clerk of the Court an amount equal to the arbitration fees of the arbitrators as provided in Section (b) of the Local Arbitration Rule.  I understand that this sum so deposited will be returned in the event my client obtains a final judgment, exclusive of interest and costs, more favorable than the arbitration award.  If my client does not obtain a more favorable result after trial, the sum so deposited shall be paid by the clerk to the treasury of the United States.

This demand for trial is filed only by Gawk, Inc. and not by defendants Scott Kettle and Christopher Hall

Dated: 04/09/2019

                                                 Eric W. Berry
                                                 _____
                                                 Counsel for defendants

```
cc: All Counsel
    Arbitration Clerk
```